# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-153-DCK

| | |
|---|---|
| YOURATM.COM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NCR CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Preliminary Injunction" (Document No. 6) filed April 21, 2010; and Defendant's "Motion To Compel Arbitration" (Document No. 17) filed July 20, 2010. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and these motions are now ripe for disposition.

After careful consideration of the record, the motions, the parties' submissions in support, and the oral arguments of counsel at a motion hearing on July 21, 2010, the Court will <u>deny</u> the motion for preliminary injunction without prejudice, and <u>grant</u> the motion to compel arbitration. For good cause shown, and noting the parties' consent to the motion for arbitration, the Court finds that a stay of this action and the scheduling of arbitration as soon as is practicable, is appropriate.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion for a Preliminary Injunction" (Document No. 6) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant's "Motion To Compel Arbitration" (Document No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **STAYED** pending the outcome of arbitration. The parties shall file a report on the results of arbitration within thirty (30) days of a ruling by the arbitrator.

**SO ORDERED**.

Signed: August 4, 2010

David C. Keesler
United States Magistrate Judge