IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-153-DCK

| YOURATM.COM, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NCR CORPORATION, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Confirmation Of Arbitration Award" (Document No. 24) filed November 20, 2012. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will <u>deny</u> the motion. Plaintiff has failed to show that the requirement of consultation has been met pursuant to Local Rule 7.1(B).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Confirmation Of Arbitration Award" (Document No. 24) is **DENIED WITHOUT PREJUDICE**.

Signed: November 21, 2012

David C. Keesler
United States Magistrate Judge