# United States District Court
# For The Western District of North Carolina
# Charlotte Division

YourATM.com, Inc,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                     3:10-cv-00153-DCK

NCR Corporation,

       Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 3, 2012 Order.

                                               Signed: December 4, 2012

                                               Frank G. Johns, Clerk
                                               United States District Court